■ MARY A. JAMES, Respondent, v KENSICO INVESTMENT CORP. et al., Appellants, et al., Defendant. (And a Third-Party Action.)—Order, Supreme Court, New York County (Irma V. Santaella, J.), entered on June 12, 1989, which granted plaintiff's motion for an order vacating a November 18, 1988 stipulation of settlement and putting the parties in *status quo ante,* unanimously affirmed, without costs and without disbursements.

When counsel for the plaintiff entered into a stipulation of settlement he was clearly acting without authority from his client, who had earlier expressly rejected an offer in an even higher amount. The stipulation was invalid for two reasons. Firstly, counsel for the plaintiff entered into it without actual or apparent authority *(see, Colonie Hill v Duffy,* 114 AD2d 879, *lv dismissed* 68 NY2d 753). Secondly, in contravention of CPLR 2104, the stipulation was not embodied in a writing signed by the parties or entered into in open court notwithstanding that it was entered into during a deposition held at a private office. Concur—Kupferman, J. P., Sullivan, Milonas, Asch and Kassal, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE GOMEZ, Appellant.—Judgment of Supreme Court, New York County (Felice Shea, J.), rendered February 6, 1989, after a jury trial, which convicted defendant of criminal possession of stolen property in the third degree, criminal possession of stolen property in the fourth degree, and unauthorized use of a vehicle in the third degree and which sentenced defendant to concurrent indeterminate terms of imprisonment of from 3 to 6 years, 1½ to 3 years, and six months, respectively, is unanimously affirmed.

The evidence, when viewed in a light most favorable to the People *(see, People v Kennedy,* 47 NY2d 196), sustains the conclusion that defendant, a passenger in a stolen vehicle, knowingly exercised dominion and control over the automobile, so as to establish defendant's guilt of criminal possession of stolen property. Concur—Kupferman, J. P., Sullivan, Milonas, Asch and Kassal, JJ.